IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARGILL, INCORPORATED, | ) | |
| | ) | Case No. 8:11cv81 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| H & M FARMS, INC., | ) | |
| KURT KROEGER and | ) | |
| KATHY KROEGER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Motion to Continue the Tentative Trial Date and Deadlines (# 53). The motion will be granted.

**IT IS ORDERED** that the deadlines established in the parties' planning report (#25) are amended as follows**:**

1. Discovery will be completed by **February 29, 2012.**

2. Experts, including reports, will be disclosed by **December 15, 2011,** and rebuttal experts are due by **January 15, 2012.**

3. A planning conference, to be held by telephone call initiated by plaintiff's counsel, is currently scheduled for **October 31, 2011 at 10:30 A.M.,** at which time final progression deadlines and a trial date will be discussed.

Dated: October 14, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge