IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARGILL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>H & M FARMS, INC., )<br>KURT KROEGER and )<br>KATHY KROEGER, )<br>)<br>Defendants. ) | Case No. 8:11cv81<br><br>**ORDER** |

This matter is before the court on the Joint Motion to Continue the Tentative Trial Date and Deadlines (# 53). The motion will be granted.

**IT IS ORDERED** that the deadlines established in the parties' planning report (#25) are amended as follows**:**

    1. Discovery will be completed by **February 29, 2012.**

    2. Experts, including reports, will be disclosed by **December 15, 2011,** and rebuttal experts are due by **January 15, 2012.**

    3. A planning conference, to be held by telephone call initiated by plaintiff's counsel, is currently scheduled for **October 31, 2011 at 10:30 A.M.,** at which time final progression deadlines and a trial date will be discussed.

    Dated: October 14, 2011.

                                                              BY THE COURT:

                                                               s/ F.A. Gossett, III
                                                               United States Magistrate Judge