IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV81 |
| | ) | |
| V. | ) | |
| | ) | |
| KURT KROEGER, KATHY KROEGER, and H & M FARMS, INC., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

After due consideration, but without prejudice to additional or contrary rulings at the time of trial as to specific testimony when based upon specific objections,

IT IS ORDERED that:

1. Cargill's Motion to Exclude Proposed Expert Testimony, etc., (filing no. 102) is denied.

2. H&M Farms' Motion in Limine to Exclude Expert Testimony (filing no. 110) is denied.

DATED this 3rd day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge